**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 22-1140

SHANNON KEENAN GREENE,

Plaintiff - Appellant,

v.

CITY OF VIRGINIA BEACH,

Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk. Roderick Charles Young, District Judge. (2:19-cv-00150-RCY-DEM)

Submitted: December 14, 2023                    Decided: December 28, 2023

Before THACKER, HARRIS, and RUSHING, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Shannon Keenan Greene, Appellant Pro Se. James Arthur Cales, III, FURNISS, DAVIS, RASHKIND & SAUNDERS, Norfolk, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Shannon Keenan Greene filed three separate lawsuits arising from her former employment with the City of Virginia Beach ("Defendant"). The district court issued an order administratively closing two of her cases—including the instant case—and directed Greene to file an amended complaint in the third action that included all of her claims against Defendant. Greene seeks to appeal the administrative closure of the instant case.

This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291, and certain interlocutory and collateral orders, 28 U.S.C. § 1292; Fed. R. Civ. P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545-46 (1949). The order Greene seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. *See Campbell-McCormick, Inc. v. Oliver*, 874 F.3d 390, 394-95 (4th Cir. 2017); *Penn-Am. Ins. Co. v. Mapp*, 521 F.3d 290, 295-96 (4th Cir. 2008).

Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*